[No. 1646-3.    Division Three.    June 29, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. GINA HARRINGTON, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 22624, Del Cary Smith, Jr., J., entered July 3, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 1112-3.    Division Three.    June 29, 1976.]

RUDOLPH F. HIEBERT, *Respondent*, v. KEITH HIEB, *Appellant.*

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 6355, Sidney R. Buckley, J., entered February 11, 1974. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.

[No. 2064-2.    Division Two.    June 29, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL W. ELLSWORTH, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 65649, John H. Kirkwood, J., entered September 3, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 1968-2.    Division Two.    June 29, 1976.]

THE CITY OF BREMERTON, *Respondent*, v. DAVID A. JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. C-1903, Robert J. Bryan, J., entered July 10, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 1329-3.    Division Three.    July 1, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN N. BERGMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Lincoln County, No. 2006, Richard J. Ennis, J., entered October 16, 1974. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.